No. 1027. HICKS ET AL. *v.* PHYSICAL THERAPISTS EXAMINING BOARD FOR THE DISTRICT OF COLUMBIA. C. A. D. C. Cir. Certiorari denied. *G. William Hammer* for petitioners. *Charles T. Duncan, Hubert B. Pair* and *David P. Sutton* for respondent.

No. 1061. PACIFIC MARITIME ASSN. ET AL. *v.* WILLIAMS ET AL. C. A. 9th Cir. Certiorari denied. *Richard Ernst* for Pacific Maritime Assn., and *Norman Leonard* for International Longshoremen's & Warehousemen's Union et al., petitioners. *Francis Heisler* for respondents.

No. 1063. OHIO VALLEY GAS CORP. *v.* FEDERAL POWER COMMISSION. C. A. D. C. Cir. Certiorari denied. *Jerome B. Libin* and *Frank J. Martin, Jr.,* for petitioner. *Solicitor General Griswold, Richard A. Solomon* and *Peter H. Schiff* for respondent.

No. 1065. MCBETH *v.* TEXAS & PACIFIC RAILWAY CO. Ct. Civ. App. Tex., 2d Sup. Jud. Dist. Certiorari denied. *Fred S. Abney* for petitioner. *John M. Scott* for respondent.

No. 1074. VETERANS OF THE ABRAHAM LINCOLN BRIGADE ET AL. *v.* ATTORNEY GENERAL OF THE UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied. *David Rein* and *Leonard B. Boudin* for petitioners. *Solicitor General Griswold* for respondents.

No. 880. BRAY *v.* CALIFORNIA. Super. Ct. Cal., County of Orange. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted and the judgment reversed. *Redrup* v. *New York,* 386 U. S. 767. *Stanley Fleishman* and *Sam Rosenwein* for petitioner. *Thomas C. Lynch,* Attorney General of California, for respondent.